**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:09cv271**

| | |
|---|---|
| **JAMES L. NICHOLSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary

Judgment is **GRANTED**; the Defendant's Motion for Summary Judgment is

**DENIED**; and the Commissioner's decision is hereby **REVERSED AND**

**REMANDED** for further proceedings consistent with the accompanying

Memorandum and Order.

Signed: October 29, 2010

Martin Reidinger
United States District Judge